IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMIE VARGAS,<br><br>    Plaintiff,<br><br>    v.<br><br>PIRAMAL GLASS LTD., PIRAMAL GLASS USA INC., JAMES G. MOORE and DEAN HARDING,<br><br>    Defendants. | CIVIL NO. 10-4314(NLH)(JS)<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS HEREBY on this 27th day of June, 2012

ORDERED that defendants' motion for summary judgment [31] is GRANTED; and it is further

ORDERED that the Clerk of the Court is directed to mark this matter as CLOSED.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.