**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JAMIE VARGAS, | |
| Plaintiff, | CIVIL NO. 10-4314(NLH)(JS) |
| v. | |
| PIRAMAL GLASS LTD., PIRAMAL GLASS USA INC., JAMES G. MOORE and DEAN HARDING, | **ORDER** |
| Defendants. | |

For the reasons expressed in the Court's Opinion filed today,

IT IS HEREBY on this 27th day of June, 2012

ORDERED that defendants' motion for summary judgment [31] is GRANTED; and it is further

ORDERED that the Clerk of the Court is directed to mark this matter as CLOSED.

At Camden, New Jersey

_s/ Noel L. Hillman_
NOEL L. HILLMAN, U.S.D.J.